UNITED BUILDING MATERIAL COMPANY, Respondent, *v.*
THE CITY OF NEW YORK et al., Defendants, and BEN-
JAMIN B. ODELL, JR., et al., as Receivers of THOMAS
McNALLY COMPANY, Appellants.

*United Building Material Co.* v. *City of New York*, 143 App.
Div. 952, appeal dismissed.

(Argued May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered March 31, 1911, affirming
a judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term in an action to
foreclose a mechanic's lien.

The motion was made upon the grounds that the Court
of Appeals had no jurisdiction of an appeal by receivers
appointed by the Supreme Court from a judgment of that
court unanimously affirmed by the Appellate Division;
that the appellants were not parties aggrieved; that the
case presented no questions of law for review; that the
exceptions were frivolous, and the appeal taken for
purposes of delay.

*Hugh M. Hewson* for motion.

*Clifford Couch* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.